IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF WEST VIRGINIA
MARTINSBURG

JEFFERSON COUNTY COMMISSION;
PATRICIA NOLAND, as an individual
and on behalf of all others similarly situated;
and DALE MANUEL, as an individual and
on behalf of all others similarly situated,

        Plaintiffs, and

THORNTON COOPER,

        Intervening Plaintiff,

v.                                    Civil Action No. 3:11-CV-96
                                          (KING, BAILEY, BERGER)

NATALIE E. TENNANT, in her capacity as
the Secretary of State; EARL RAY TOMBLIN,
in his capacity as the Chief Executive Officer
of the State of West Virginia; JEFFREY KESSLER,
in his capacity as the Acting President of the
Senate of the West Virginia Legislature; and
RICHARD THOMPSON, in his capacity as the
Speaker of the House of Delegates of the
West Virginia Legislature,

        Defendants.

**ORDER TRANSFERRING VENUE**

      On this day, the above-styled civil action came before this Court in accordance with its Order Regarding Transfer of Venue [Doc. 24], entered December 8, 2011. In that Order, this Court concluded that the Southern District of West Virginia is the more convenient venue for adjudication of this matter, but permitted the parties until December 14, 2011, at 5:00 p.m., to file a sustainable objection to transfer. To date, no party has filed an objection. Accordingly, this Court hereby **ORDERS** that this matter be transferred to the

Southern District of West Virginia.

It is so **ORDERED**.

The Clerk is directed to transmit copies of this Order to all counsel of record herein.

**DATED**: December 15, 2011.

JOHN PRESTON BAILEY
UNITED STATES DISTRICT JUDGE