IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON

JEFFERSON COUNTY COMMISSION;
PATRICIA NOLAND, *as an individual
and behalf of all others similarly situated*;
and DALE MANUEL, *as an individual and
behalf of all others similarly situated*,

        Plaintiffs, and

THORNTON COOPER,

        Intervening Plaintiff,

v.                                     Civil Action No. 2:11-CV-989
                                          (KING, BAILEY, BERGER)

NATALIE E. TENNANT, *in her capacity as
the Secretary of State*; EARL RAY TOMBLIN,
*in his capacity as the Chief Executive Officer
of the State of West Virginia*; JEFFREY
KESSLER, *in his capacity as the Acting
President of the Senate of the West Virginia
Legislature*; and RICHARD THOMPSON, *in
his capacity as the Speaker of the House of
Delegates of the West Virginia Legislature*,

        Defendants.

### NOTICE.

      **Thornton Cooper,** Intervening Plaintiff, *pro se*, hereby notifies the Court and the Counsel for the other parties of (a) the specifics of a fourth congressional redistricting plan that he has developed and (b) the information that he plans to use in computing

1

the areas of the respective congressional districts as he calculates their Reock compactness scores.

Mr. Cooper is of the opinion that providing this information ten (10) days prior to the evidentiary hearing scheduled for December 27, 2011, in the above-captioned case will be of assistance to the Court and will also assist the other Counsel in preparing for that hearing and in arriving at a joint stipulation.

The specifics of Mr. Cooper's fourth congressional redistricting plan, which splits exactly one county, are set forth in Attachment A to this notice. That attachment includes population figures and a maps (created on the Dave's Redistricting website) relating to each congressional district under that plan, as well as population figures and maps from the United States Census Bureau with respect to the county (Taylor County) that would be split under this plan.

The areas of the various counties, from page 1060 of the 2007 edition of the **West Virginia Blue Book**, are set forth in Attachment B to this notice.

THORNTON COOPER

**Intervening Plaintiff**

**Pro Se**

/s/ Thornton Cooper
Thornton Cooper (WVSB No. 823)
3015 Ridgeview Drive
South Charleston, WV 25303
(304) 744-9616 (home)
thornbush@att.net

Dated: December 17, 2011

## West Virginia Congressional Redistricting Plan: Cooper Plan No. 4:

**CONGRESSIONAL DISTRICT 1:**

| County | Population |
|---|---|
| Berkeley | 104,169 |
| Brooke | 24,069 |
| Grant | 11,937 |
| Hampshire | 23,964 |
| Hancock | 30,676 |
| Hardy | 14,025 |
| Jefferson | 53,498 |
| Marion | 56,418 |
| Marshall | 33,107 |
| Mineral | 28,212 |
| Monongalia | 96,189 |
| Morgan | 17,541 |
| Ohio | 44,443 |
| Pleasants | 7,605 |
| Preston | 33,520 |
| Taylor (part) | 5,358 |
| Tucker | 7,141 |
| Tyler | 9,208 |
| Wetzel | 16,583 |
| **Total** | **617,663** |

ATTACHMENT A
To Intervening Plaintiff Thornton Cooper' Notice in
Civil Action No. 2:11-CV-989

| | |
|---|---|
| Taylor County Voting District 3 | 1,108 |
| Taylor County Voting District 9 | 538 |
| Taylor County Voting District 10 | 1,411 |
| Taylor County Voting District 11 | 266 |
| Taylor County Voting District 12 | 956 |
| Taylor County Voting District 14 | 1,079 |
| (Subtotal for part of Taylor County) | 5,358 |

**CONGRESSIONAL DISTRICT 2:**

| County | Population |
|---|---|
| Boone | 24,629 |
| Cabell | 96,319 |
| Clay | 9,386 |
| Jackson | 29,211 |
| Kanawha | 193,063 |
| Lincoln | 21,720 |
| Mason | 27,324 |
| Putnam | 55,486 |
| Ritchie | 10,449 |
| Roane | 14,926 |
| Wayne | 42,481 |
| Wirt | 5,717 |
| Wood | 86,956 |

Total                    617,667

**CONGRESSIONAL DISTRICT 3:**

| | |
|---|---:|
| Barbour | 16,589 |
| Braxton | 14,523 |
| Calhoun | 7,627 |
| Doddridge | 8,202 |
| Fayette | 46,039 |
| Gilmer | 8,693 |
| Greenbrier | 35,480 |
| Harrison | 69,099 |
| Lewis | 16,372 |
| Logan | 36,743 |
| McDowell | 22,113 |
| Mercer | 62,264 |
| Mingo | 26,839 |
| Monroe | 13,502 |
| Nicholas | 26,233 |
| Pendleton | 7,695 |
| Pocahontas | 8,719 |
| Raleigh | 78,859 |
| Randolph | 29,405 |
| Summers | 13,927 |

| | |
|---|---:|
| Taylor County Voting District  1 | 2,214 |
| Taylor County Voting District  2 | 1,202 |
| Taylor County Voting District  4 | 968 |
| Taylor County Voting District  6 | 427 |
| Taylor County Voting District 17 | 1,084 |
| Taylor County Voting District 19 | 1,201 |
| Taylor County Voting District 23 | 570 |
| Taylor County Voting District 25 | 726 |
| Taylor County Voting District 26 | 502 |
| Taylor County Voting District 29 | 314 |
| Taylor County Voting District 31 | 1,051 |
| Taylor County Voting District 36 | 1,278 |
| (Subtotal for part of Taylor County) | 11,537 |

| | |
|---|---:|
| Taylor (part) | 11,537 |
| Upshur | 24,254 |
| Webster | 9,154 |
| Wyoming | 23,796 |
| Total | 617,664 |

Case 2:11-cv-00989   Document 29   Filed 12/17/11   Page 5 of 11 PageID #: 194









ATTACHMENT B
To Intervening Plaintiff Thornton Cooper' Notice in
Civil Action No. 2-11-CV-989

1060     WEST VIRGINIA BLUE BOOK

| | Feet | | Feet |
|---|---|---|---|
| Ripley | 616 | War | 1,355 |
| Romney | 800 | Wardensville | 1,011 |
| | | Wayne | 708 |
| Sago | 1,463 | Webster Springs | 1,480 |
| Saint Albans | 598 | Weirton | 660 |
| Saint Marys | 620 | Welch | 1,306 |
| Sand Fork | 745 | Wellsburg | 660 |
| Shepherdstown | 405 | West Hamlin | 590 |
| Sistersville | 640 | Weston | 1,023 |
| Smithburg | 797 | Westover | 820 |
| South Charleston | 700 | West Union | 785 |
| Spencer | 749 | Wheeling | 673 |
| Summersville | 1,920 | White Sulphur Springs | 1,980 |
| Sutton | 940 | Whitesville | 840 |
| | | Williamson | 720 |
| Terra Alta | 2,559 | Williamstown | 620 |
| Thomas | 3,100 | Winfield | 589 |
| Union | 2,071 | | |

## AREA OF WEST VIRGINIA BY COUNTIES*

(Compiled from data furnished by West Virignia Geological and Economic Survey)

| County | Square Miles | County | Square Miles |
|---|---|---|---|
| Barbour | 342.9 | Mingo | 423.9 |
| Berkeley | 321.8 | Monongalia | 365.8 |
| Boone | 503.2 | Monroe | 473.5 |
| Braxton | 516.7 | Morgan | 229.6 |
| Brooke | 92.8 | Nicholas | 654.1 |
| | | Ohio | 108.9 |
| Cabell | 288.1 | | |
| Calhoun | 280.4 | Pendleton | 698.1 |
| Clay | 346.4 | Pleasants | 134.6 |
| Doddridge | 320.6 | Pocahontas | 941.6 |
| Fayette | 668.7 | Preston | 651.4 |
| | | Putnam | 350.3 |
| Gilmer | 339.7 | | |
| Grant | 480.3 | Raleigh | 608.9 |
| Greenbrier | 1,024.8 | Randolph | 1,040.0 |
| Hampshire | 644.5 | Ritchie | 453.7 |
| Hancock | 88.2 | Roane | 484.0 |
| | | Summers | 367.6 |
| Hardy | 584.6 | | |
| Harrison | 416.6 | Taylor | 175.6 |
| Jackson | 471.2 | Tucker | 421.0 |
| Jefferson | 211.6 | Tyler | 260.7 |
| Kanawha | 908.4 | Upshur | 354.7 |
| | | Wayne | 512.3 |
| Lewis | 389.5 | | |
| Lincoln | 439.0 | Webster | 556.2 |
| Logan | 455.6 | Wetzel | 361.3 |
| McDowell | 535.0 | Wirt | 235.1 |
| Marion | 311.6 | Wood | 377.0 |
| | | Wyoming | 501.9 |
| Marshall | 311.8 | | |
| Mason | 445.2 | TOTAL AREA | 24,231.4 |
| Mercer | 420.8 | | |
| Mineral | 329.3 | | |

*Includes water area.

GEOGRA

The geographical center
County, 4¾ miles southeast
dinates for the center are: 80

SOURCES
(Compiled from data

Formed by the junction
with Ohio at Kenova, Wayn

Formed by the junction o
River at Point Marion, Penr

Formed by the junction
ty. Mouth, junction with Ka

Formed in western part
Fork. Mouth, junction with

Formed in western par
Mouth, junction with New

Formed in northern pa
junction with New River s

Formed in southern pa
Mouth, junction with Ohi

Formed by the junctio
Mouth, junction with Ohi

Source in southern par
County.

Formed by the junctio
the Allegheny River at Pi

Source in southern par
with Gauley River in Fay

Formed by the junctio
Mouth, junction with Mi:

Source in the southea
County.

Formed by the junctio
Mouth, Chesapeake Bay.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON

JEFFERSON COUNTY COMMISSION;
PATRICIA NOLAND, *as an individual
and behalf of all others similarly situated*;
and DALE MANUEL, *as an individual and
behalf of all others similarly situated*,

   Plaintiffs, and

THORNTON COOPER,

   Intervening Plaintiff,

v.              Civil Action No. 2:11-CV-989
                (KING, BAILEY, BERGER)

NATALIE E. TENNANT, *in her capacity as
the Secretary of State*; EARL RAY TOMBLIN,
*in his capacity as the Chief Executive Officer
of the State of West Virginia*; JEFFREY
KESSLER, *in his capacity as the Acting
President of the Senate of the West Virginia
Legislature*; and RICHARD THOMPSON, *in
his capacity as the Speaker of the House of
Delegates of the West Virginia Legislature*,

   Defendants.

### CERTIFICATE OF SERVICE.

  I, Thornton Cooper, Intervening Plaintiff, do hereby certify that on December 17, 2011, I electronically filed the foregoing **NOTICE** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following CM/ECF participants:

David M. Hammer, Esq.
Hammer, Ferretti & Schiavoni
408 West King Street
Martinsburg, WV 25401
Phone: (304) 264-8505
Fax: (304) 264-8506
dhammmer@hfslawyers.com
Counsel for Plaintiffs;

George E. Carenbauer, Esq.
Steptoe & Johnson
P. O Box 1588
Charleston, WV 25326
Phone: (304) 353-8000
Fax: (304) 353-8180
George.Carenbauer@steptoe-johnson.com
Counsel for DefendantJeffrey Kessler;

Thomas W. Rodd, Esq.
Assistant Attorney General
Office of the Attorney General
812 Quarrier Street, 6th Floor
Charleston, WV 25301
Phone: (304) 558-5830
Fax: (304) 558-5833
twr@wvago.gov
Counsel for Defendants Natalie E. Tennant and Earl Ray Tomblin.

Stephen G. Skinner, Esq.
Skinner Law Firm
P. O. Box 487
Charles Town, WV 25414
Phone: (304) 725-7029
Fax: (304) 725-4082
sskinner@skinnerfirm.com
Counsel for Plaintiffs;

Anthony J. Majestro, Esq.
Cynthia A. Majestro, Esq.
Powell & Majestro, PLLC
405 Capitol Street, Suite P-1200
Charleston, WV 25301
Phone: (304) 346-2889
Fax: (304) 346-2895
amajestro@powellmajestro.com
cmajestro@powellmajestro.com
Counsel for Defendant Richard Thompson; and

/s/ Thornton Cooper
Thornton Cooper (WVSB No. 823)
3015 Ridgeview Drive
South Charleston, WV 25303
(304) 744-9616 (home)
thornbush@att.net