IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON

**JEFFERSON COUNTY COMMISSION;**
**PATRICIA NOLAND,** *as an individual*
*and behalf of all others similarly situated*;
**and DALE MANUEL,** *as an individual and*
*behalf of all others similarly situated*,

      Plaintiffs, and

**THORNTON COOPER,**

      Intervening Plaintiff,

v.                                                      Civil Action No. 2:11-CV-989
                                                              (KING, BAILEY, BERGER)

**NATALIE E. TENNANT,** *in her capacity as*
*the Secretary of State*; **EARL RAY TOMBLIN,**
*in his capacity as the Chief Executive Officer*
*of the State of West Virginia*; **JEFFREY**
**KESSLER,** *in his capacity as the Acting*
*President of the Senate of the West Virginia*
*Legislature*; and **RICHARD THOMPSON,** *in*
*his capacity as the Speaker of the House of*
*Delegates of the West Virginia Legislature*,

      Defendants.

**MOTION BY THORNTON COOPER FOR SUMMARY JUDGMENT.**

    **Thornton Cooper**, the Intervening Plaintiff, hereby submits his Motion for Summary Judgment in the above-captioned case.

    Intervening Plaintiff Thornton Cooper moves that this Honorable Court issue an order (1) that declares *W. Va. Code § 1-2-3*, as amended in 2011 by Enrolled Senate

Bill No. 1008, to be unconstitutional and null and void in violation of federal law, (2) that enjoins the Defendants from enforcing that statute in the 2012 elections, and (3) that requires the Defendants to conduct the 2012 congressional elections in West Virginia under one of the plans submitted by Intervening Plaintiff Cooper.

Attached hereto is an affidavit in support of this motion.

Also being filed on this date is a memorandum in support of this motion.

**THORNTON COOPER**

**Intervening Plaintiff**

**Pro Se**

/s/ Thornton Cooper
Thornton Cooper (WVSB No. 823)
3015 Ridgeview Drive
South Charleston, WV  25303
 (304) 744-9616 (home)
thornbush@att.net

Dated:  December 19, 2011

2

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON

**JEFFERSON COUNTY COMMISSION;**
**PATRICIA NOLAND,** *as an individual*
*and behalf of all others similarly situated*;
**and DALE MANUEL,** *as an individual and*
*behalf of all others similarly situated*,

    Plaintiffs, and

**THORNTON COOPER,**

    Intervening Plaintiff,

v.                                     Civil Action No. 2:11-CV-989
                                               (KING, BAILEY, BERGER)

**NATALIE E. TENNANT,** *in her capacity as*
*the Secretary of State*; **EARL RAY TOMBLIN,**
*in his capacity as the Chief Executive Officer*
*of the State of West Virginia*; **JEFFREY**
**KESSLER,** *in his capacity as the Acting*
*President of the Senate of the West Virginia*
*Legislature*; and **RICHARD THOMPSON,** *in*
*his capacity as the Speaker of the House of*
*Delegates of the West Virginia Legislature*,

    Defendants.

**CERTIFICATE OF SERVICE.**

    I, Thornton Cooper, Intervening Plaintiff, do hereby certify that on December 19, 2011, I electronically filed the foregoing **MOTION BY THORNTON COOPER FOR SUMMARY JUDGMENT** and the attached **AFFIDAVIT BY THORNTON COOPER IN SUPPORT OF HIS MOTION FOR SUMMARY JUDGMENT** with the Clerk of the Court

using the CM/ECF system, which will send notification of such filing to the following CM/ECF participants:

David M. Hammer, Esq.
Hammer, Ferretti & Schiavoni
408 West King Street
Martinsburg, WV 25401
Phone: (304) 264-8505
Fax: (304) 264-8506
dhammmer@hfslawyers.com
Counsel for Plaintiffs;

George E. Carenbauer, Esq.
Steptoe & Johnson
P. O Box 1588
Charleston, WV 25326
Phone: (304) 353-8000
Fax: (304) 353-8180
George.Carenbauer@steptoe-johnson.com
Counsel for DefendantJeffrey Kessler;

Thomas W. Rodd, Esq.
Assistant Attorney General
Office of the Attorney General
812 Quarrier Street, 6th Floor
Charleston, WV 25301
Phone: (304) 558-5830
Fax: (304) 558-5833
twr@wvago.gov
Counsel for Defendants Natalie E. Tennant and Earl Ray Tomblin.

Stephen G. Skinner, Esq.
Skinner Law Firm
P. O. Box 487
Charles Town, WV 25414
Phone: (304) 725-7029
Fax: (304) 725-4082
sskinner@skinnerfirm.com
Counsel for Plaintiffs;

Anthony J. Majestro, Esq.
Cynthia A. Majestro, Esq.
Powell & Majestro, PLLC
405 Capitol Street, Suite P-1200
Charleston, WV 25301
Phone: (304) 346-2889
Fax: (304) 346-2895
amajestro@powellmajestro.com
cmajestro@powellmajestro.com
Counsel for Defendant Richard Thompson; and

/s/ Thornton Cooper
Thornton Cooper (WVSB No. 823)
3015 Ridgeview Drive
South Charleston, WV 25303
(304) 744-9616 (home)
thornbush@att.net