# EXHIBIT H

<u>AFFIDAVIT</u>

STATE OF WESTVIRGINA,

COUNTY OF **Harrison**, to wit:

 I, Roman W. Prezioso, Jr., am a citizen and resident of Marion County, West Virginia, and have served since 1997 as a state Senator representing the 13th Senatorial District.

 Earlier this year I was appointed to serve as a member of the state Senate's Redistricting Task Force which was later established as an official committee of the Senate for purposes of redistricting.  In that capacity, I was asked by the Democratic Congressional Campaign Committee (DCCC), a national organization, to offer two amendments to a proposed bill on Congressional redistricting for the purpose of increasing the likelihood of electing a Democrat to Congress.   I offered both amendments at a state Senate Redistricting Committee meeting on August 4, 2011, and both amendments were defeated in Committee.  The Committee instead reported a bill that would simply move Mason County from the 2nd Congressional District to the 3rd Congressional District, and made no changes to the 1st Congressional District.  The Committee's proposal was then introduced as S.B. 1008, and neither I nor any other member of the Senate offered either of the amendments suggested by the DCCC on the Senate floor.

 I ultimately voted for passage of S.B. 1008 to simply move Mason County from the 2nd Congressional District to the 3rd Congressional District while making no change to the 1st Congressional District.  In so doing, I fully considered various factors including requirements under the U.S. Constitution as to population variance; the requirement

1

under the West Virginia Constitution that Congressional districts consist of contiguous counties and be compact; respect for communities of interest; and the Legislature's past practices in Congressional redistricting of keeping counties intact, avoiding contests between incumbent Representatives, preserving the core of prior districts and keeping prior districts intact as much as possible.

Roman W. Prezioso, Jr.

Taken, subscribed, and sworn to before me this __20th__ day of December, 2011, by Roman W. Prezioso, Jr.

My commission expires January 4, 2015.

Notary Public

**(NOTARIAL SEAL)**

OFFICIAL SEAL
STATE OF WEST VIRGINIA
NOTARY PUBLIC
LEXIE A. MAYFIELD
STEPTOE & JOHNSON PLLC
400 WHITE OAKS BOULEVARD
BRIDGEPORT, WV 26330
My commission expires January 4, 2015

2

# EXHIBIT I



MICHAEL A. OLIVERIO II (D) of Morgantown, Monongalia County (13th Dist.). Elected to the House of Delegates in 1992. Elected to the Senate in 1994, 1998, 2002 and 2006. Committees: Economic Development (Vice Chair), Education, Energy, Industry and Mining, Judiciary (Vice Chair), Labor (Chair), Military, Pensions, Joint Committee on Insurance Availability, Joint Committee on Technology. Chairman, Small Business Committee, 73rd, 74th and 75th Legislatures. Chairman, House Freshman Caucus, 1993-94. Born August 6, 1963, in Fairmont. Education: West Virginia University (BSBA, MBA). Married to Melissa Kirk Oliverio, Esq., of Bluefield; children: Michael Angelo III and Margaret Rose. Life Insurance Agent. Catholic. Member, Knights of Columbus; Morgantown Area and Marion County Chambers of Commerce; National Life Underwriters Association; Reserve Officers Association; West Virginia Jaycees; American Heart Association; Family Protection Services Board; Family Violence Coordinating Council; Injury Prevention Coalition; West Virginia State Health Project. Student Body President, West Virginia University, 1985-86. Chairman, Governor's Committee on Crime, Delinquency and Correction; Small Business Advisory Council. Member, Domestic Violence Advisory Team; Coal Research Advisory Team; Energy Committee, Southern Legislative Council; Morgantown Pastoral Counseling Center Board. State Chair, American Legislative Exchange Council. U. S. Army Reserve, Captain.

ROBERT H. PLYMALE (D) of Ceredo, Wayne County (5th Dist.). Elected to the Senate in 1992, 1996, 2000 and 2004. Committees: Education (Chair), Confirmations, Pensions, Finance, Economic Development, Government Organization, Legislative Oversight Commission on Education Accountability (Senate Chair), Forest Management Review Commission, Joint Committee on Pensions and Retirement, Joint Committee on Technology. Chair, Committee on Pensions, 72nd, 73rd, 74th and 75th Legislatures; Vice Chair, Committees on Education and Health and Human Resources, 75th Legislature; Chair, Committee on Transportation, 71st Legislature; Cochair, Forest Management Review Commission, 71st and 72nd Legislatures. Member, Infrastructure and Jobs Development Council. Chair, Select Committee on PEIA, 73rd Legislature. Born February 21, 1955, in Huntington; son of Shearl H. and Sallie Hamer. Education: Marshall University. Married to Jennifer Thompson; children: Lauren Elise, Allison Lynn and James Jeffrey. Lumber sales and purchasing. Methodist. Member, WVFA; Huntington Regional Chamber of Commerce; West Virginia Veteran's Home Advisory Board; President and Fundraising Chairman, Spring Valley High School Foundation, Inc.; Youth sports, soccer and baseball. Chairman, C-K Middle School, School Improvement Council.







| Senate | House | Joint | Bill Status | WV Code | Audits/ Reports | Educational | Contact |

## Senate Members

**Find by Name**
Roman Prezioso   [Submit]

**Find by District**
13   [Submit]

> Senate District Map
> Search Districts by Zipcode



**Roman Prezioso** (D - Marion)

District 13

**Capitol Address:**
Room 465M, Building 1
State Capitol Complex
Charleston, WV 25305

*Capitol Phone:* (304) 357-7961
*Business Phone:* NA
*E-mail:* roman.prezioso@wvsenate.gov

**SENATE COMMITTEES:**
CHAIR:
Finance
MEMBER:
Confirmations
Rules
Banking and Insurance
Health and Human Resources
Economic Development
Natural Resources
Select Committee on Redistricting

**INTERIM COMMITTEES:**
CHAIR:
Finance
Finance Subcommittee B
EX OFFICIO:
Finance Subcommittee A
Finance Subcommittee C
MEMBER:
Council of Finance and Administration
Economic Development
Government and Finance
Health
Post Audits Subcommittee

**Biography:**
Administrator **Born** June 29, 1949, son of the late Roman W. and Amelia A. Prezioso **Education** Fairmont State College, A.B.; West Virginia University, M.S.; Marshall University **Wife** Deborah M. Haught **Children** Christopher James **Affiliations** Member of the Board; Kiwanis Club of Fairmont-Past President; Marion Regional Development Corporation; Motor Sports Advisory Committee; Phi Delta Kappa; Southern Regional Education Board, 2004 Vice Chair, 2005 Chair; Legislative Advisory Committee; Southern Legislative Conference, Chair, Health and Human Services and Public Safety Committee; State Policy Academy on Managing Systemic Education Change; West Virginia Adult Education Association; West Virginia Poison Center Advisory Board; West Virginia School Health Committee; West Virginia University's Eberly College of Arts and Sciences Advisory Board; Governor's Committee on School Facilities Evaluation; Marion County Chamber of Commerce's Public Servant of the Year, 8/6/2003; Times West Virginian Public Servant of the Year 2002; American Legion Department of West Virginia 2001 Distinguished Service Award, 2/2/2002; West Virginia Nurses Association 2001 Nursing Award, 5/8/2001; Fairmont State College School of Technology, Appreciation Award, 4/23/1999; Pricketts Fort Memorial Foundation, History Maker of the Year, 10/18/1998; West Virginia Public Theatre's Producer's Award, 7/25/1998; Fairmont State College's 1997 Alumnus Achievement Award, 10/18/1997; Fairmont State College's Presidential Service Award, 5/11/1996; West Virginia State Troopers Association's Appreciation Award, 1993; American Vocational Association Region One's Legislator of the Year, 12/7/1992; Outstanding Young Men in America **Legislative Service** Elected to the House 1988-1994; Elected to the Senate 1996-2008 **Legislative Positions Held** Vice Chair, Committee on Constitutional Revision, 70th and 71st Legislatures; Vice Chair, Committee on Education, 70th and 71st Legislatures; Vice Chair, Committee on Pensions and Retirement, 71st, 72nd and 73rd Legislatures; Chair, Committee on Education, 72nd Legislature; Vice Chair, Committee on Computers and Technology, 72nd Legislature; Chair, Committee on the Military, 73rd Legislature; Chair, Student Intern Committee, 73rd, 74th, 75th and 76th Legislatures; Chair, Committee on Health and Human Resources, 75th, 76th, 77th, 78th and 79th Legislatures; Chair, Legislative Oversight Commission on Health and Human Resources 75th, 76th, 77th, 78th and 79th Legislatures **Religion** Catholic

Bill Status | Bill Tracking | WV Code | Bulletin Board | District Maps | Releases | Blog | Crime Victims | Links | FAQ | Site Map | Home

This Web site is maintained by the West Virginia Legislature's Office of Reference & Information.  |  Terms of Use  |  Web Administrator  |  © 2011 West Virginia Legislature ***

# EXHIBIT J

NEWS

Wednesday December 21, 2011

## Joe Manchin's cousin might run for Congress

by Ry Rivard
Daily Mail Capitol Reporter

CHARLESTON, W.Va. -- Voters in West Virginia's 1st Congressional District may be asked to vote for two Manchins next fall.

State House Delegate Tim Manchin, D-Marion, said Tuesday he is considering a run for Congress. Tim Manchin's cousin is, of course, U.S. Sen. Joe Manchin, D-W.Va.

Democrats were left scrambling last week for a candidate to challenge one-term Rep. David McKinley, R-W.Va.

That's because former state Sen. Mike Oliverio announced late last week that he did not plan to run against McKinley, to whom he narrowly lost in 2010.

Tim met Monday in his native Fairmont with officials from the Democratic Congressional Campaign Committee and plans to make an announcement after the holidays.

The DCCC, which recruits and supports Democrats for Congress, is betting a strong candidate can unseat McKinley.

Tim said he and his cousin, the senator, had a candid conversation Tuesday and decided to talk over the holidays about a potential run.

"I just spoke very, very briefly with him," Tim said Tuesday evening. "He certainly wasn't trying to dissuade me from trying to run."

Tim interest in the 1st Congressional District seat was first reported Tuesday by the website Politico.

He would have at least one primary competitor.

Sue Thorn, a former field organizer for the party, also will vy for the Democratic nomination in the 1st. Although Thorn has some support among some members of the party, she apparently does not have the blessing of some party chieftains.

Tim said if he decides to run, his family name could work for and against him.

"I think it's possible for some people to say, 'Oh, two Manchins on a congressional ballot — they are trying to take over,'" he said. "And that might have a negative effect on some folks.

"Other folks might feel like we are two different people and that both of us have the state and the country's best interest at heart," he said.

State Democratic Party Chairman Larry Puccio said voters look at each candidate on their own terms.

"It doesn't hurt and it doesn't help us," he said.

The political implications for Joe of Tim's entry into the race are murky.

Joe, a former governor, is one of the most popular political figures in the state's recent history. Attack after attack has done little to dent that.

"We know that the Manchins have a long history of getting results in West Virginia," said one Democrat familiar with the effort to recruit Tim.

On the other hand, any time the Republicans — or an outside interest group — runs an ad bashing one Manchin or the other, it might hurt them both. So far, no one has announced a serious challenge to Joe.

Tim is not always aligned with his cousin -- for better or for worse, depending on who is doing the talking.

Tim gave money to President Barack Obama's 2008 campaign, while Joe has gone to pains to distance himself from the president.

Tim has received a good rating and accolades from the state Sierra Club, while Joe had the endorsement of the state Coal Association.

Republicans, however, quickly rushed to call Tim what they called Joe during the 2010 Senate race: a rubber stamp for Obama or House Minority Leader Nancy Pelosi, D-Calif.

Joe Manchin's cousin might run for Congress  - News - Charleston Daily Mail - West Vir...   Page 2 of 2

"West Virginians see Tim Manchin for what he'd be in Congress, just another Washington insider Obama / Pelosi rubber stamp," said National Republican Campaign Committee spokesman Nat Sillin.

Tim dismissed the criticism. The Democratic official familiar with the recruitment effort noted that it was McKinley, not Tim, who has spent the last year in Washington.

Tim has made headlines lately because of the effort he led to regulate drilling in the state's Marcellus shale gas field. A bill, based largely on his efforts, passed the Legislature last week.

*Contact writer Ry Rivard at ry.riv...@dailymail.com or 304-348-1796. Follow him at www.twitter.com/ryrivard.*

**COMMENTS**
0 Comments

Post a Comment

# EXHIBIT K



Free Maps & Directions Search Maps, Get Driving Directions Instantly From Your Browser Free! www.MapsGalaxy.com
Current Road Conditions Check Conditions & View Your Local Weather Forecast Now - 100% Free www.WeatherBlink.com
Hotels in Cumberland Great Hotels in Cumberland MD Free Internet & Kids Eat Free! www.HolidayInn.com

# Interstate 68



**History**     **Western Terminus**     **Eastern Terminus**



CHASE ☉ SAPPHIRE™                    replay ☉

UR ultimate rewards℠
NO GAMES. NO GIMMICKS.
**JUST REWARDS.**

See for Yourself ⟩

## Routing

Designated in October 1989 and fully opened in 1992, Interstate 68 replaced the second definition of U.S. 48 along the National Freeway in northeast West Virginia and the panhandle of Maryland between Interstate 79 and Interstate 70. Included as Appalachian Corridor E, Interstate 68 within the Mountaineer State was initially constructed between 1970 and 1976 at a cost of $113 million.[1] The rest of the road was upgraded to Interstate standards by 1992. The route provides an alternative to Interstate 70 for traffic headed between Baltimore and Washington to West Virginia, Ohio, and points westward.

## History

Originally, the Interstate 68 designation was planned for the U.S. 50-301 freeway between Washington, D.C., and Annapolis, Maryland. However, AASHTO approved the numbering of Interstate 68 along the U.S. 48 corridor in West Virginia and Maryland on June 7, 1989. At the same time, U.S. 48 was decommissioned between the same points. AASHTO renumbered the former proposed Interstate 68 between Washington and Annapolis as Interstate 595.

## Future Aspirations

According to the West Virginia 2/Interstate 68 Authority, plans call for Interstate 68 to be routed northwest from its current terminus at Morgantown to rejoin Interstate 70 near Wheeling via Moundsville, via West Virginia 7 and U.S. 250. In September 2000, 26 alternative routes (including a north-south route along U.S. 250 from Hundred to Fairmont via Mannington) for Interstate 68 were presented by the authority, but no final routing was determined. West Virginia 2 is also planned for upgrades, perhaps to Interstate standards. The West Virginia 2/Interstate 68 Authority was created by the West Virginia State Legislature in 1997, and it has two mandates: focus on widening West Virginia 2 from Parkersburg to Chester and extend Interstate 68 westward to the Ohio River.

The Interstate 68 extension concept has moved one step closer to reality. On September 9, 2003, West Virginia Governor Bob Wise announced that the Federal Highway Administration has approved the Interstate 68 extension for inclusion into the National Highway System. With origins dating back to 1986, the plan includes a 73-mile route between Morgantown to Moundsville. Including Monongalia County 19/24, U.S. 19, West Virginia 7 and U.S. 250, the roadway is re-classified as part of the State Principal Arterial System.[2] Whenever the reauthorized Transportation Bill passes, eligible funding granted by Congress may be approved for the project.[1] Year 2000 forecasts listed the proposed cost at about $654 million. More recent estimates may see the price tag increase to $1 billion. The I-68 Boosters, joining the 1997-created West Virginia 2/Interstate 68 Authority, have obtained over 20,000 signatures on a petition stating support for the highway. Additionally public meetings have already been conducted in Marion, Marshall, Monongalia and Wetzel Counties during the years 2000 and 2001 to garner input and opinions on the highway.[2]

## Parallel/Historic U.S. Routes

Interstate 68 was originally constructed as U.S. 48, and U.S. 48 was decommissioned once the freeway was complete and accepted into the Interstate Highway System. A portion of Interstate 68 east of Cumberland parallels U.S. 40.

## Highway Guides

- West Virginia
- Maryland

### Mileage

| State | West Virginia |
|---|---|
| Mileage | 32.06 |
| Cities | Morgantown |
| Junctions | Interstate 79 |
| State | Maryland |
| Mileage | 81.09 |
| Cities | Frostburg, Cumberland, Hancock |
| Junctions | Interstate 70 |
| TOTAL | 113.15 |

Source: October 31, 2002 Interstate Route Log and Finders List

AdChoices ▷



Know **BEFORE** you buy.

Learn which products are the top rated.

SUBSCRIBE NOW

**ConsumerReports**.org

### Interstate 68 Annual Average Daily Traffic

| State | Location | AADT Composite | Year |
|---|---|---|---|
| Maryland | Keysers Ridge | 12,625 | 2002 |
| Maryland | Cumberland | 49,825 | 2002 |
| Maryland | Hancock | 20,325 | 2002 |

Source: 2002 AADTS Report (Maryland Department of Transportation State Highway Administration – Highway Information Services Division)
Complete Interstate 68 AADT data.

# EXHIBIT L

Corridor H - A 2020 Vision

HOME   NEWS AND MEDIA   FACTS   HISTORY   MAPS   ECONOMIC DEVELOPMENT   RESOLUTIONS OF SUPPORT   CONTACT US   HOW YOU CAN HELP

## History

Corridor H came about as part of the 1965 Appalachian Regional Development Act. The route was initially proposed as a passage from Weston, W.Va. to Strasburg, Virginia.

Going further back, the creation of an Appalachian highway system can be traced from a 1930's suggestion of Benton McKay, a creator of the Appalachian Trail. McKay suggested a network of highways and parkways throughout Appalachia.

The Appalachian Development Highway System was designed as a 13-state regional system that called for 23 corridors, each offering a means for traffic to connect to major highway terminals. The idea was to connect remote areas of Appalachia to the national Interstate Highway System. Corridor H would be one of six (D, E, G, H, L, and Q) AHDS routes planned to be built in (or through) West Virginia. The other routes (listed below) that pass through West Virginia are complete:

- Corridor D: U.S. 50, Cincinnati, Ohio (via Parkersburg) to I-79 at Bridgeport, W.Va.

- Corridor E: Interstate 68, Morgantown (from I-79) to I-70 at Hancock, Md.

- Corridor G: U.S. 119, Charleston, W.Va. to Pikeville, Ky.

- Corridor L: U.S. 19, from Beckley W.Va. to Sutton, W.Va.

- Corridor Q: Christianburg, Va. to Pikeville, Ky., incorporating U.S. highways 52, 19 and 460 in West Virginia

Construction of Corridor H would start slowly and it would remain the slowest link in the development chain. By 1974, widening projects were beginning on U.S. 33 immediately east of I-79 near Weston. The only sign of significant construction at that time was a six-mile stretch of highway being built on a new alignment east of Elkins. Construction also began in the mid 1970's on the section from Canfield to Shavers Fork.Begin:

The original proposed routing of Corridor H followed U.S. 33 from I-79 east to Elkins then onward via U.S. 33 to Seneca Rocks. From that point east, there were two proposals. One was a new terrain route over the Shenandoah Mountains to New Market, Virginia. The other called for Corridor H to go north from Seneca Rocks to Moorefield and then east roughly following Route 55 to Strasburg.

Environmental groups, however, voiced concerns and protested the route east of Shavers Fork. In 1981, West Virginia initiated studies and hearings on an Environmental Impact Statement for the highway east of Shavers Fork, an effort that stalled as funding issues would cause the state would shelve the project until 1990. In the meantime, the state in 1982 began 12 years of constructing nearly 40 miles of Corridor H from I-79 east to just west of the city of Elkins.

Activity would pick up in the 1990's after U.S. Sen. Robert Byrd (D-W.Va.) was named chair of the Senate Appropriations Committee. Byrd accelerated highway funding to West Virginia. At the state level, the West Virginia Department of Transportation began a study that included a Corridor Selection Draft Environmental Impact Statement (CSDEIS). After the WVDOT released an Alignment Selection Draft Environmental Impact Statement (ASDEIS) as part of the study, a new route was proposed, which had the highway running northeast from Elkins to Parsons and east from Parsons to Davis. A northern route was added that directed the highway from Bismark and Scherr to Moorefield, then east to Virginia in the shadows of current WV 55. The four-lane portion of highway directly east of Elkins and part of the original Corridor H would not be part of the new route.

As these efforts took place, an organization known as Corridor H Alternatives took shape and became the most vocal opposition group. The group, which favored other alternatives, received unexpected help when the Commonwealth of Virginia in 1995 announced it was not pursuing completion of Corridor H from the State Line to Strasburg.

Former West Virginia Gov. Cecil Underwood, meanwhile, stated that his administration's goal was to "...move aggressively toward construction of every segment of Corridor H as we have been financially and legally permitted to do so."

The state of West Virginia released its Final Environmental Impact Statement (FEIS) in April 1996 and the Federal Highway Administration announced a Record of Decision (ROD) approving the 100-mile route four months later. In November, CHA would file suit in federal district court against the FHWA's ROD. CHA alleged that the state did not study improving existing routes. The group also alleged that WVDOT ignored impacts on historical sites the Corricks Ford and Mooresville Civil War Battlefields.

The U.S. District Court sided in favor of the FHWA and WVDOH in October of 1997, but CHA appealed. CHA filed a second lawsuit in 1998 on the same grounds in regards to two other properties. The second lawsuit would be dismissed in March 1999.

In November 1998, a federal court ordered the WVDOH to halt all work on Corridor H except for a 3.5-mile segment of the North Elkins Bypass.

The next milestone came when a U.S. District Court of Appeals decided on February 9, 1999, that the two agencies through the EIS process did consider all alternatives, including improving existing routes. The decision, however, allowed alternative groups to challenge the funding for projects

that interfered with historical sites, meaning future lawsuits could be filed in this areas. But the state, as a result, would be allowed to complete the North Elkins Bypass and continue all studies for the rest of the highway.

A compromise came in December 1999 as a result of the U.S. District Court Mediation program. The compromise broke the original ROD on the 100-mile route into nine segments. ROD's would be issued for each segment. The CHA waived the right to bring future lawsuits seeking further study of any alternative that does not include "completing Corridor H as a continuous four-lane highway."

During the first six months of the Barrack Obama administration, funding for Corridor H saw a boost and then a pull back. The American Recovery and Reinvestment Act of 2009 awarded West Virginia $215 million for highway construction. In February of 2009, Gov. Joe Manchin announced that $21 million would go to Corridor H projects in Grant and Tucker counties. However, two months later, the $21 million for Corridor H was transferred to a bridge project in Weirton. The main reasons were that Senator Robert Byrd had earmarked $9.5 million for Corridor H for 2009-2010; and the state had already committed between $13-15 million of their own to the project.

That changed in May when the President announced his budget proposal. The White House's budget eliminated Byrd's $9.5 million earmark as part of $17 billion worth of budget cuts. Byrd along with fellow Senator, Jay Rockefeller, and other West Virginia Congressmen, put the $9.5 million earmark back into the budget. The West Virginia Legislature, meanwhile, began looking into whether or not it could move the stimulus money back to Corridor H.

An overview of activity since 2000 shows that the nine remaining segments would be re-evaluated on an individual basis. Construction began on some segments in 2000. One section that was opened (in August 2002) was the North Elkins Bypass. Another opening took place in 2003 as 14 miles of highway from Baker to Moorefield were open to traffic. Construction was also completed on a segment east of Baker and WV 259 to Wardensville. This section opened on October 20, 2006. A three-mile section of the 15-mile Moorefield to Forman segment opened to traffic in November 2005. This extended the highway west to end at US 220 just north of Moorefield. The remaining 12 miles of this section opened to traffic on October 27, 2010.

The remainder of the 14.5 mile Forman to Bismarck section is currently under construction. A completion date of 2013 has been announced. (17)

The next segment east is a 16.2 mile segment from Bismarck to Davis that will parallel WV Route 93. In the fall 2010, then-Gov. Joe Manchin announced that the Davis to Bismarck link would be completed in 2013, nearly five years before the original projected completion date.

After Corridor H between Davis and Wardensville is open, the Division of Highways will begin the design process of the Kerens to Parsons section of the road.

Content copyright 2011. Corridor H - A 2020 Vision. All rights reserved.
Corridor H - A 2020 Vision - PO Box 1083 - Buckhannon, WV 26201 - (888) 269-9706 fax