IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF WEST VIRGINIA

JEFFERSON COUNTY COMMISSION, PATRICIA
NOLAND, *as an individual and behalf of all other similarly
situated,* and DALE MANUEL, *as an individual and on behalf
of all other similarly situated,*

      *Plaintiffs,*

v.                                     Civil Action No. 2:11-CV-00989
                                       (Judges Bailey, King and Berger)

THORNTON COOPER,

      *Intervening Plaintiff,*

v.

NATALIE E. TENNANT, *in her official capacity as the Secretary of State,*
EARL RAY TOMBLIN, *in his capacity as the Chief Executive
Officer of the State of West Virginia,* JEFFREY KESSLER, *in his
Capacity as the Acting President of the Senate of the West Virginia
Legislature,* and RICHARD THOMPSON, *in his Capacity as the Speaker of the
House of Delegates of the West Virginia Legislature.*

      *Defendants.*

## NOTICE OF WITHDRAWAL OF MOTION TO STRIKE

The plaintiffs hereby withdraw their previously filed "Combined Motion to Strike" (Doc. 49) as they have verified that the Clerk of the Senate in fact certified two different records on different dates, the first certification having been signed on December 16, 2011 and the second certification on December 19, 2011. However, and as stated by the Defendants, the Journal of the Senate reflects that the Senate gave unanimous consent to the transcript at issue being made a part of the official Senate record notwithstanding the Clerk of the Senate's failure to include that transcript in his December 16, 2011 Certification.

Therefore, the plaintiffs withdraw their motion to strike.

Dated this the 23rd day of December, 2011.

Respectfully submitted,

/s/ David M. Hammer
David M. Hammer, Esq.
(WV #5047)
Hammer, Ferretti & Schiavoni
408 West King Street
Martinsburg, WV 25401
(304) 264-8505
(304) 264-8506 (fax)
Email: dhammer@hfslawyers.com


/s/ Stephen G Skinner
Stephen G. Skinner, Esq.
(WV # 6725)
PO Box 487
Charles Town, WV 25414
(304) 725-7029
(304) 725-4082(fax)
Email: sskinner@skinnerfirm.com

Counsel for Plaintiff Jefferson
County Commission, Patricia
Noland, and Dale Manuel

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF WEST VIRGINIA

JEFFERSON COUNTY COMMISSION, PATRICIA
NOLAND, *as an individual and behalf of all other similarly situated,* and DALE MANUEL, *as an individual and on behalf of all other similarly situated,*

   Plaintiffs,

vi.         Civil Action No. 2:11-CV-00989
           (Judges Bailey, King and Berger)

THORNTON COOPER,

   *Interveing Plaintiff,*

v.

NATALIE E. TENNANT, *in her official capacity as the Secretary of State,* EARL RAY TOMBLIN, *in his capacity as the Chief Executive Officer of the State of West Virginia,* JEFFREY KESSLER, *in his Capacity as the Acting President of the Senate of the West Virginia Legislature,* and RICHARD THOMPSON, *in his Capacity as the Speaker of the House of Delegates of the West Virginia Legislature.*

   Defendants.

## CERTIFICATE OF SERVICE

I, David M. Hammer, hereby certify that on December 23, 2011, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system evidencing electronic service of *Notice of Withdrawal of Motion to Strike* upon the following counsel of record:

    Stuart Thornton Cooper
    3015 Ridgeview Drive
    South Charleston, WV 25303
    Counsel for Intervenor Plaintiff

    George Carenbauer
    Steptoe & Johnson, PLLC-Charleston
    PO Box 1588

Charleston, WV 25326
Counsel for Defendant Jeffrey Kessler

Cynthia Majestro
Powell & Majestro
405 Capitol Street, Suite P-1200
Charleston, WV 25301
Counsel for Defendant Richard Thompson

Thomas Rodd
Assistant Attorney General
Office of the Attorney General
812 Quarrier St 6th Floor
Charleston, WV 25301
Counsel for Defendant Natalie Tennant

    /s/   David M. Hammer
David M. Hammer, Esq. (WV #5047)
Hammer, Ferretti & Schiavoni
408 West King Street
Martinsburg, WV 25401
(304) 264-8505
Counsel for Plaintiff Jefferson County Commission, Patricia Noland, and Dale Manuel