IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

JEFFERSON COUNTY COMMISSION, et al.,

        Plaintiffs,

THORNTON COOPER,

        Intervenor Plaintiff,

v.                              CIVIL ACTION NO.  2:11-cv-00989
                                    (Judges King, Bailey & Berger)

NATALIE TENNANT, et al.,

        Defendants.

## WITNESS LIST

| No. | Calling Party | Date | Witness |
| --- | --- | --- | --- |
| 1 | Plaintiff | 12/28/11 | Kenneth Martis |
| 2 | Def't Thompson | 12/28/11 | Herb Snyder |
| 3 | Def't Thompson | 12/28/11 | John Unger II |
| 4 | Def't Thompson | 12/28/11 | Corey Palumbo |
|   |   |   |   |
|   |   |   |   |
|   |   |   |   |
|   |   |   |   |
|   |   |   |   |
|   |   |   |   |
|   |   |   |   |