**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA**

**CHARLESTON DIVISION**

JEFFERSON COUNTY COMMISSION, et al.,

        Plaintiffs,

THORNTON COOPER,

        Intervenor Plaintiff,

v.                        CIVIL ACTION NO.  2:11-cv-00989
                               (Judges King, Bailey & Berger)

NATALIE TENNANT, et al.,

        Defendants.

**EXHIBIT LIST**

| Moving Party | No. | Date Identified | Date Admitted | Description | Location |
|---|---|---|---|---|---|
| Plaintiff | 1 | 12/28/11 | 12/28/11 | Mason County Flop Plan | Clerk's Office |
| Plaintiff | 2 | 12/28/11 | 12/28/11 | Communities of Interest in Redistricting | Clerk's Office |
| Plaintiff | 3 | 12/28/11 | 12/28/11 | WV - Core Bases Statistical Areas | Clerk's Office |
| Plaintiff | 4 | 12/28/11 | 12/28/11 | Upper Kanawha Valley Enterprise | Clerk's Office |
| Plaintiff | 5 | 12/28/11 | 12/28/11 | Karst map | Clerk's Office |
| Plaintiff | 6 | 12/28/11 | 12/28/11 | Employment in the Mining Industry | Clerk's Office |
| Plaintiff | 7 | 12/28/11 | 12/28/11 | Executive Order 13508 | Clerk's Office |
| Plaintiff | 8 | 12/28/11 | 12/28/11 | Perfect Plan map | Clerk's Office |
| Plaintiff | 9 | 12/28/11 | 12/28/11 | Facemire Amendment map | Clerk's Office |
| Intervenor | 1 | 12/28/11 | 12/28/11 | Redistricting Exhibit | Clerk's Office |

| Intervenor | 2 | 12/28/11 | 12/28/11 | Congressional District No. 2 Exhibit | Clerk's Office |
|---|---|---|---|---|---|
| Intervenor | 3 | 12/28/11 | 12/28/11 | Compactness Exhibit | Clerk's Office |
| Plaintiff | 10 | 12/28/11 | 12/28/11 | state/status chart | Clerk's Office |
| Plaintiff | 11 | 12/28/11 | 12/28/11 | Maptitude for Redistricting | Clerk's Office |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |