IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON

**JEFFERSON COUNTY COMMISSION;**
**PATRICIA NOLAND,** *as an individual*
*and behalf of all others similarly situated*;
**and DALE MANUEL,** *as an individual and*
*behalf of all others similarly situated*,

      Plaintiffs, and

**THORNTON COOPER,**

      Intervening Plaintiff,

v.                                                        Civil Action No. 2:11-CV-989
                                                          (KING, BAILEY, BERGER)

**NATALIE E. TENNANT,** *in her capacity as*
*the Secretary of State*; **EARL RAY TOMBLIN,**
*in his capacity as the Chief Executive Officer*
*of the State of West Virginia*; **JEFFREY**
**KESSLER,** *in his capacity as the Acting*
*President of the Senate of the West Virginia*
*Legislature*; **and RICHARD THOMPSON,** *in*
*his capacity as the Speaker of the House of*
*Delegates of the West Virginia Legislature*,

      Defendants.

**EMERGENCY MOTION FOR STAY OF JUDGMENT PENDING APPEAL**

    Defendants, Natalie E. Tennant, in her capacity as the Secretary of State West Virginia; Earl Ray Tomblin, in his capacity as the Chief Executive Officer of the State of West Virginia; Jeffrey Kessler, in his capacity as the President of the Senate of the West Virginia Legislature; and Richard Thompson, in his capacity as the Speaker of the House of Delegates of the West Virginia Legislature (collectively "Defendants"), by their respective undersigned Counsel, file

this Emergency Motion for Stay of Judgment Pending Appeal.  For the reasons set forth in Defendants' Memorandum, the Defendants request that the Court promptly grant this motion and stay its judgment pending appeal to Supreme Court of the United States.  Defendants further request the Court expedite the decision on this motion to allow timely presentation of an application to stay to the Supreme Court, if necessary.  Defendants seek a final ruling on the issue of a stay prior to the commencement on January 11, 2012 of the 2012 Regular Legislative Session.

**NATALIE E. TENNANT, in her capacity as the Secretary of State and**

**EARL RAY TOMBLIN, in his capacity as the Chief Executive Officer of the State of West Virginia**
**By Counsel**

/s/ Thomas Rodd
Thomas Rodd, Esq.  (WVSB 3143)
West Virginia Attorney General's Office
812 Quarrier Street, 6th Floor
Charleston, WV  25301

**RICHARD THOMPSON, in his capacity as the Speaker of the West Virginia House of Delegates**

**By Counsel**

/s/ Anthony J. Majestro
Anthony J. Majestro (WVSB 5165)
Powell & Majestro, PLLC
405 Capitol Street, Suite P1200
Charleston, WV  25301
Phone: 304-346-2889
Fax:     304-346-2895
amajestro@powellmajestro.com
cmajestro@powellmajestro.com

**JEFFREY KESSLER, in his capacity as President of the West Virginia State Senate**

**By Counsel**

/s/ George E. Carenbauer
George E. Carenbauer (WVSB 634)
Steptoe & Johnson, PLLC
PO Box 1588
Charleston, WV  25326
Phone:  304-353-8000
Fax:     304-353-8180
George.Carenbauer@steptoe-johnson.com

**IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF WEST VIRGINIA
at Charleston**

JEFFERSON COUNTY COMMISSION,
PATRICIA NOLAND, et al.,

    Plaintiffs,

v.                                     **Civil Action No. 2:11-CV-00989
(Honorable King, Bailey, Berger)**

NATALIE E. TENNANT, et al.,

    Defendants.

**CERTIFICATE OF SERVICE**

    I, Anthony J. Majestro, do hereby certify that on January 6, 2012, I electronically filed the **EMERGENCY MOTION FOR STAY OF JUDGMENT PENDING APPEAL** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following CM/ECF participants:

| | |
|---|---|
| David M. Hammer, Esq.<br>Hammer, Ferretti & Schiavoni<br>408 W. King Street<br>Martinsburg, WV  25401<br>Phone:  304-264-8505<br>Fax:     304-264-8506<br>dhammer@hfslawyers.com<br>*Counsel for Plaintiffs* | Stephen G. Skinner, Esq.<br>Skinner Law Firm<br>PO Box 487<br>Charles Town, WV  25414<br>Phone:  304-725-7029<br>Fax:     304-725-4082<br>sskinner@skinnerfirm.com<br>*Counsel for Plaintiffs* |
| Thornton Cooper, *pro se*<br>3015 Ridgeview Drive<br>South Charleston, WV  25303<br>304-744-9616<br>thornbush@att.net | Thomas Rodd, Esq.<br>West Virginia Attorney General's Office<br>812 Quarrier Street, 6th Floor<br>Charleston, WV  25301<br>*Counsel for the Secretary of State and the Governor* |
| George E. Carenbauer (WVSB 634)<br>Steptoe & Johnson<br>PO Box 1588<br>Charleston, WV 25326<br>Phone:  304-353-8000<br>Fax:     304-353-8180<br>George.Carenbauer@steptoe-johnson.com<br>*Counsel for the President of the WV State Senate* | |

                                                /s/ Anthony J. Majestro
                                                **Anthony J. Majestro (WVSB 5165)**