# RESOLUTION SUPPORTING PUBLIC INPUT INTO CONGRESSIONAL REDISTRICTING

**WHEREAS,** the Kanawha County Commission, while acknowledging the three member federal judge panel ("the Panel") has the authority to overturn the Congressional Redistricting Plan, expresses concern over the ability of the West Virginia Legislature to timely change the districts and allow appropriate and meaningful public comment and advice; and

**WHEREAS,** the Kanawha County Commission agrees with the Panel that the Congressional Redistricting Plan put together by the West Virginia Legislature was bi-partisan in nature and laudable, and therefore believes the Legislature should exercise its independent authority to either redraw the district lines with meaningful public comment or move for a stay of the Panel order; and

**WHEREAS,** the Kanawha County Commission would respectfully requests the West Virginia Legislature reject any flawed federal plan or any other plan aimed at dividing up Kanawha County or placing it outside the 2nd Congressional District and further reject what is known as the "Perfect Plan"; and

**WHEREAS,** the Kanawha County Commission believes the Legislature should oppose the court ruling and immediately request a stay for the redistricting of the Congressional Districts to be completed prior to the next Congressional election, to give the public the opportunity to give full input into any new redistricting plans being considered, prepare such redrawn congressional districts and conduct meaningful public hearings into any newly-drawn Congressional Districts; and,

**WHEREAS,** the Kanawha County Commission respectfully rejects the flawed, misnamed "Perfect Plan" and any other Congressional Redistricting Plan that would divide Kanawha County and any other plan that has not been fully reviewed by the public and the Kanawha County Commission finds that the "Perfect Plan" is not in the best interest of Kanawha County; and,

**WHEREAS,** the two plans now being considered by the Panel have not been presented to public for comment or review and the adoption of either of said plans would further disenfranchise the public from the decision-making process required in redrawing district lines.

**THEREFORE, BE IT RESOLVED THAT** the Kanawha County Commission hereby respectfully requests that the West Virginia Legislature insure that Kanawha County remains intact and wholly in the 2nd Congressional District, and be it further resolved that this Resolution be presented to the Speaker of the House, the Senate President, and the Governor, to request a stay on the Judicial Order, for the purpose of reviewing all options available to them, including immediately requesting a stay, appealing the judicial panel's decision to the U.S. Supreme Court, allow our elected State Legislature the appropriate and necessary time needed to draw revised Congressional lines, and making sure any new plan has full public review and input, rather than an unelected judicial panel.

Presented by the
KANAWHA COUNTY COMMISSION
Dated this 5th day of January, 2012

_____
W. Kent Carper, President

_____
Henry C. Shores, Commissioner

_____
Dave Hardy, Commissioner