IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON

JEFFERSON COUNTY COMMISSION, et al.,

    Plaintiffs, and

THORNTON COOPER,

    Intervening Plaintiff,

v.                        Civil Action No. 2:11-CV-0989
                            (King, Bailey, Berger)

NATALIE E. TENNANT, et al.,

    Defendants.

**ORDER GOVERNING RESPONSES TO DEFENDANTS' EMERGENCY
<u>MOTION FOR STAY OF JUDGMENT PENDING APPEAL</u>**

With respect to the Defendants' Emergency Motion for Stay of Judgment Pending Appeal, the Court directs that should the Plaintiffs or Intervening Plaintiff desire to respond, such Response or Responses be filed no later than 3:00 p.m. on Monday, January 9, 2012.

It is so ORDERED.

DATED:   January 7, 2012.        For the Court:

                                       ROBERT B. KING
                                       United States Circuit Judge