Home | Business4WV | News Center

Font size: A- A A+

> Secretary's Desk

ActivitiesBiographyHistoryMissionState Election CommissionBoard of Public WorksWest Virginia Election Connection > **Administrative Law**

Administrative LawForms and FormatsIndexOnline Meeting NoticesPrevailing Wage RatesSearch for RulesState Register > **Business and Licensing**

AuthenticationsBusinessCharitiesForms for Business FilingsFrequently Used FormsLicensingNotariesService of ProcessTrademarks and Service MarksUniform Commercial Code >
**Elections**

Motor Voter SurveysAm I Registered to Vote?Campaign Finance CenterFind Your Polling PlaceVoter Registration CenterCandidates for the 2010 Primary ElectionVoter Information CenterElection Administrators Center2010 Election ResultsElection FormsWest Virginia Supreme Court of Appeals Public Campaign Financing Pilot Program2011 Gubernatorial ElectionElectronic Ballot DeliveryCampaign Finance Reporting System (CFRS) Bulk UploadOffices on the Ballot 20122012 Campaign Finance Training > **Public Services**

Address Confidentiality ProgramContactsCustomer Service CenterElectronic SignaturesExecutive RecordsFee ScheduleFind Forms Fast!Help LineInvestigations UnitKids Pages > **News Center**

News by TopicNews AllVideo GalleryPhoto GalleriesSecretary of State LIVE Webcast ChannelSecretary of State Media Center

Secretary of State > News Center > News by Topic > Elections and Candidates

## Federal Panel Announces Decision On Congressional Redistricting Challenge

1/3/2012

Charleston, W.Va. – Secretary of State Natalie E. Tennant said today she appreciates the prompt announcement of the decision reached by a panel of federal judges in the case challenging the West Virginia Legislature's congressional redistricting plan.

Secretary Tennant said the prompt decision is a great benefit to potential candidates, to local

election officials, and the Secretary of State's Office.

According to the decision, lawmakers have until January 17, 2012 to complete a new congressional redistricting plan or submit proposed alternative plans as an interim plan. The West Virginia Legislature is now tasked with revisiting the issue.

The decision says if the Legislature fails to comply with one of those two conditions the court will identify a plan for use in the 2012 congressional election.

"I am confident that West Virginia can achieve equal populations in its congressional districts," Secretary Tennant said. "The court has shown with this ruling that equal representation of all citizens in Washington is most important."

The filing period for candidates opens on Monday, January 9, 2012 and ends at midnight on January 28, 2012. Candidates may choose to file before the final makeup of the three congressional districts are known. Candidates do not have to reside in the district for which they are running.

The Secretary of State's Office was not part of the legislative redistricting process and accepts the determination that the process did not produce a constitutional result.

The entire decision can be read here.

**Contact:**

Jake Glance
(304) 558-6000
jglance@wvsos.com