

Snyder 1B Zero Variance 2012

| District | Population | Deviation | [% Deviation] |
|---|---|---|---|
| 1 | 617665 | 0 | 0 |
| 2 | 617665 | 0 | 0 |
| 3 | 617664 | -1 | -0.000002 |