Alternate "Perfect Plan"

