

January 17, 2012

The Honorable Teresa L. Deppner
Clerk of the United States District Court
Southern District of West Virginia
P. O. Box 2546
Charleston, WV 25329

**Civil Action No. 2:II-CV-0989**

Dear Ms. Deppner :

    Recently the Jefferson County (West Virginia) Commission filed a suit to ask the Court to declare the Congressional Districts as determined by action of the West Virginia Legislature unconstitutional due to a failed application of the principle of "one man – one vote." The Court's ruling found in their favor and ordered the Legislature to draw new boundaries. Other actions have occurred in the meantime, such as the opening of the filing period. Candidates and supporters are left wondering about many details and this situation is creating a significant amount of confusion. One of the casualties of this may be a further erosion of voter interest.

    On behalf of the Berkeley County Republican Executive Committee and the citizens of Berkeley County West Virginia, may I suggest an alternative solution? Our Committee recommends that the Court order the elections of 2012 to be held using the map in place during the 2010 elections and order the Legislature to use the time necessary during this Session, and in 2013 if needed, to draw lines that meet Constitutional, and fairness, guidelines.

    We are concerned that the Legislature will be forced into making a hasty decision that will not serve the best interests of our citizens, even though it may meet the minimum Constitutional requirements.

    Please give this recommendation to the Court and ask that they give it serious consideration. A bad decision will take ten years to correct.

Sincerely,

*Mick Staton*

Mick Staton
Chairman
Berkeley County Republican Executive Committee

BCREC
368 Jaguar Drive
Inwood, WV 25428

The Honorable Teresa L. Deppner
Clerk of the United States District Court
Southern District of West Virginia
P. O. Box 2546
Charleston, WV 25329

