(ORDER LIST:  565 U.S.)


FRIDAY, JANUARY 20, 2012


ORDER IN PENDING CASE


11A674     TENNANT, WV SEC. OF STATE, ET AL. V. JEFFERSON CTY. COMM'N, ET
           AL.


          The application for stay presented to The Chief Justice and

by him referred to the Court is granted, and it is ordered that

the judgment of the United States District Court for the Southern

District of West Virginia, case No. 2:11-cv-0989, entered January

3, 2012, and amended January 4, 2012, is stayed pending the

timely filing and disposition of an appeal to this Court.