IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON

**JEFFERSON COUNTY COMMISSION;
PATRICIA NOLAND,** *as an individual
and behalf of all others similarly situated*;
**and DALE MANUEL,** *as an individual and
behalf of all others similarly situated*,

    Plaintiffs, and

**THORNTON COOPER,**

    Intervening Plaintiff,

v.                                                  Civil Action No. 2:11-CV-989
                                                                (KING, BAILEY, BERGER)

**NATALIE E. TENNANT,** *in her capacity as
the Secretary of State*; **EARL RAY TOMBLIN,**
*in his capacity as the Chief Executive Officer
of the State of West Virginia*; **JEFFREY
KESSLER,** *in his capacity as the Acting
President of the Senate of the West Virginia
Legislature*; **and RICHARD THOMPSON,** *in
his capacity as the Speaker of the House of
Delegates of the West Virginia Legislature*,

    Defendants.

**NOTICE OF APPEAL**

    Notice is hereby given that Defendants, Natalie E. Tennant, in her capacity as the Secretary of State West Virginia; Earl Ray Tomblin, in his capacity as the Chief Executive Officer of the State of West Virginia; Jeffrey Kessler, in his capacity as the President of the Senate of the West Virginia Legislature; and Richard

1

Thompson, in his capacity as the Speaker of the House of Delegates of the West Virginia Legislature, by their respective undersigned Counsel, hereby appeal to the Supreme Court of the United Sates, pursuant to 28 U.S.C. § 1253 from this Court's Memorandum Opinion and Order Dated January 3, 2012 [Doc. 65], as amended January 4, 2012 [Docs. 67, 68], and further modified by Order Denying Defendants' Emergency Motion for a Stay of Judgment Pending Appeal [Doc. 74].

Senate President Kessler and House Speaker Thompson hereby appeal the aforesaid orders in their entirety. Governor Tomblin and Secretary Tennant join in this appeal insofar as it seeks reversal of the interim remedy imposed by Majority.[1]

---

[1] Governor Tomblin joined in the Emergency Motion to Stay before the three-judge panel and the Emergency Application for Stay submitted to the Chief Justice of the United States insofar as they sought reversal of the interim remedies imposed by the Majority. On January 20, 2012, the Supreme Court of the United States entered an Order granting the stay. [Doc. 78] Governor Tomblin joins in the appeal insofar as it seeks reversal of the interim remedy imposed by the Majority. Governor Tomblin, however, takes no position on the constitutionality of Senate Bill 1008 and will not join the appeal on that basis. Secretary Tennant joined in the two previous requests for a stay and joins in this appeal insofar as it seeks reversal of the interim remedy imposed by Majority. Secretary Tennant, however, remains neutral on the merits of the constitutionality of Senate Bill 1008 case and does not join in an appeal on that basis. The stay and the question of the remedy will resolve election conduct procedural issues - which is the Secretary's responsibility - while the appeal will decide the legal issues - which are not her responsibility.

| | |
|---|---|
| **RICHARD THOMPSON, in his capacity as the Speaker of the West Virginia House of Delegates** | **JEFFREY KESSLER, in his capacity as President of the West Virginia State Senate** |
| **By Counsel** | **By Counsel** |

/s/ Anthony J. Majestro
Anthony J. Majestro (WVSB 5165)
Powell & Majestro, PLLC
405 Capitol Street, Suite P1200
Charleston, WV 25301
Phone: 304-346-2889
Fax: 304-346-2895
amajestro@powellmajestro.com

/s/ George E. Carenbauer
George E. Carenbauer (WVSB 634)
Steptoe & Johnson, PLLC
PO Box 1588
Charleston, WV 25326
Phone: 304-353-8000
Fax: 304-353-8180
George.Carenbauer@steptoe-johnson.com

/s/ Ray E. Ratliff, Jr.
Ray E. Ratliff, Jr.
Chief Counsel to the West Virginia Senate President
State Capitol Complex
Building 227M – 01
1900 Kanawha Boulevard, East
Charleston, West Virginia 25305
Phone: 304-357-7801
Fax: 304-357-7839
ray.ratliff@wvsenate.gov

| | |
|---|---|
| **EARL RAY TOMBLIN, in his capacity as the Chief Executive Officer of the State of West Virginia** | **NATALIE E. TENNANT, in her capacity as the Secretary of State** |
| **By Counsel** | **By Counsel** |
| /s/ Thomas Rodd | /s/ Thomas Rodd |
| Thomas Rodd (WVSB 3143) | Thomas Rodd (WVSB 3143) |
| Scott E. Johnson | Scott E. Johnson |
| West Virginia Attorney General's Office | West Virginia Attorney General's Office |
| 812 Quarrier Street, Sixth Floor | 812 Quarrier Street, Sixth Floor |
| Charleston, West Virginia 25301 | Charleston, West Virginia 25301 |
| Phone: 304-558-5830 | Phone: 304-558-5830 |
| Fax: 304-558-5833 | Fax: 304-558-5833 |
| sej@wvago.gov | sej@wvago.gov |
| twr@wvago.gov | twr@wvago.gov |

**CERTIFICATE OF SERVICE**

I, Anthony J. Majestro, do hereby certify that on January 27, 2012, I electronically filed the forgoing **NOTICE OF APPEAL** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following CM/ECF participants:

David M. Hammer, Esq.
Hammer, Ferretti & Schiavoni
408 W. King Street
Martinsburg, WV  25401
Phone:  304-264-8505
Fax:     304-264-8506
dhammer@hfslawyers.com
*Counsel for Plaintiffs*

Stephen G. Skinner, Esq.
Skinner Law Firm
PO Box 487
Charles Town, WV  25414
Phone:  304-725-7029
Fax:     304-725-4082
sskinner@skinnerfirm.com
*Counsel for Plaintiffs*

Thornton Cooper, *pro se*
3015 Ridgeview Drive
South Charleston, WV  25303
304-744-9616
thornbush@att.net

Thomas Rodd, Esq.
West Virginia Attorney General's Office
812 Quarrier Street, 6th Floor
Charleston, WV  25301
*Counsel for the Secretary of State and the Governor*

George E. Carenbauer (WVSB 634)
Steptoe & Johnson
PO Box 1588
Charleston, WV 25326
Phone:  304-353-8000
Fax:     304-353-8180
George.Carenbauer@steptoe-johnson.com
*Counsel for the President of the WV State Senate*

/s/ Anthony J. Majestro
**Anthony J. Majestro (WVSB 5165)**