```
              IN THE UNITED STATES DISTRICT COURT
           FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
                         AT CHARLESTON
```

JEFFERSON COUNTY COMMISSION; PATRICIA NOLAND, as an individual and on behalf of all others similarly situated; and DALE MANUEL, as an individual and on behalf of all others similarly situated,

      Plaintiffs, and

THORNTON COOPER,

      Intervening Plaintiff,

v.                                Civil Action No. 2:11-CV-0989

NATALIE E. TENNANT, in her capacity as the Secretary of State; EARL RAY TOMBLIN, in his capacity as the Chief Executive Officer of the State of West Virginia; JEFFREY KESSLER, in his capacity as the Acting President of the Senate of the West Virginia Legislature; and RICHARD THOMPSON, in his capacity as the Speaker of the House of Delegates of the West Virginia Legislature,

      Defendants.

**<u>ORDER</u>**

      Regarding the Order on Remand of October 5, 2012, which instructed the parties to confer and thereafter offer their views, jointly or separately, on certain matters identified by the Court as potentially pertinent, and with respect to which

the Intervening Plaintiff filed a Response on October 24, 2012, which did not indicate whether the specified conference had taken place, the Court directs the remaining parties to submit, no later than November 19, 2012, an appropriately informed response or responses, or, in the alternative, a joint report detailing the parties' progress toward submitting such response or responses.

It is so ORDERED.

DATED:   November 7, 2012.

For the Court:

ROBERT B. KING
United States Circuit Judge