IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON

**JEFFERSON COUNTY COMMISSION;
PATRICIA NOLAND,** *as an individual
and behalf of all others similarly situated*;
**and DALE MANUEL,** *as an individual and
behalf of all others similarly situated*,

    Plaintiffs, and

**THORNTON COOPER,**

    Intervening Plaintiff,

v.                           Civil Action No. 2:11-CV-989
                                 (KING, BAILEY, BERGER)

**NATALIE E. TENNANT,** *in her capacity as
the Secretary of State*; **EARL RAY TOMBLIN,**
*in his capacity as the Chief Executive Officer
of the State of West Virginia*; **JEFFREY
KESSLER,** *in his capacity as the Acting
President of the Senate of the West Virginia
Legislature*; **and RICHARD THOMPSON,** *in
his capacity as the Speaker of the House of
Delegates of the West Virginia Legislature*,

    Defendants.

## JOINT REPLY TO ORDERS ON REMAND

This Joint Reply to the Court's Order on Remand of October 5, 2012 and its subsequent Order of November 7, 2012 is agreed to and submitted on behalf of all the original parties in this case.

1. The action of the United States Supreme Court on September 25, 2012 in reversing this Court's Order of January 3, 2012, as amended on January 4, 2012, has lifted this Court's injunction against conducting the 2012 Congressional election under S.B. 1008, and that election as well as the election for other national, state and local offices was held on November 6, 2012.

2. There is no immediate need for further activity in this case, as the next election scheduled under S.B. 1008 will not take place until the year 2014.

3. Several of the parties, including all of the defendants, were occupied in election-related duties until election day, November 6, 2012.  In addition, several of the attorneys were also deeply involved in campaign-related activities until that date.  Nonetheless, they engaged in preliminary discussions during this period to determine a collective initial response to the Court's Order.

4. Therefore, the parties have agreed to further confer among themselves and thereafter offer their views, jointly or separately, on the issues identified in this Court's Orders of October 5, 2012 and November 7, 2012, and to file their substantive responses to this Court no later than December 1, 2012.

**JEFFERSON COUNTY COMMISSION;**
**PATRICIA NOLAND,** *as an individual*
*and behalf of all others similarly situated*;
**and DALE MANUEL,** *as an individual and*
*behalf of all others similarly situated*

/s/ David M. Hammer
David M. Hammer, Esq.  (WVSB 5047)
Hammer, Ferretti & Schiavoni
408 W. King Street
Martinsburg, WV  25401
Phone:  304-264-8505
Fax:     304-264-8506
dhammer@hfslawyers.com

/s/ Stephen G. Skinner
Stephen G. Skinner, Esq. (WVSB 6725)
Skinner Law Firm
PO Box 487
Charles Town, WV  25414
Phone:  304-725-7029
Fax:     304-725-4082
sskinner@skinnerfirm.com

| **NATALIE E. TENNANT, in her capacity as the Secretary of State** | **RICHARD THOMPSON, in his capacity as Speaker of the House of Delegates of the West Virginia Legislature** |
|---|---|
| **By Counsel** | **By Counsel** |
| /s/ Thomas Rodd | /s/ Anthony J. Majestro (WVSB 5165) |
| Thomas W. Rodd, Esq.  (WVSB 3143) | /s/ Cynthia A. Majestro  (WVSB 5092) |
| West Virginia Attorney General's Office | Anthony J. Majestro, Esq. |
| 812 Quarrier Street, 6th Floor | Cynthia A. Majestro, Esq. |
| Charleston, WV  25301 | POWELL & MAJESTRO |
| twr@wvago.gov | 405 Capitol Street, Suite P-1200 |
|  | Charleston, WV  25301 |
|  | Phone: 304-346-2889 |
|  | Fax:     304-346-2895 |
|  | amajestro@powellmajestro.com |
|  | cmajestro@powellmajestro.com |

**EARL RAY TOMBLIN, in his capacity as the Chief Executive Officer of the State of West Virginia**
**By Counsel**

/s/ Thomas Rodd
Thomas W. Rodd, Esq.  (WVSB 3143)
West Virginia Attorney General's Office
812 Quarrier Street, 6th Floor
Charleston, WV  25301
twr@wvago.gov


/s/ G. Kurt Dettinger
G. Kurt Dettinger (WVSB 9336)
Steptoe & Johnson, PLLC
PO Box 1588
Charleston, WV  25326
Phone:  304-353-8000
Fax:     304-353-8180
Kurt.Dettinger@steptoe-johnson.com

**JEFFREY KESSLER, in his capacity as President of the West Virginia State Senate**
**By Counsel**

/s/ George E. Carenbauer
George E. Carenbauer (WVSB 634)
Steptoe & Johnson, PLLC
Po Box 1588
Charleston, WV  25326
Phone:  304-353-8000
Fax:     304-353-8180
George.Carenbauer@Steptoe-Johnson.Com


/s/ Ray E. Ratliff
Ray E. Ratliff (WVSB 3022)
Chief Counsel to the
West Virginia Senate President
Building 227M-01
1900 Kanawha Boulevard, East
Charleston, WV  25305
Phone:  304-357-7801
Fax:     304-357-7839
Ray.Ratliff@wvsenate.Gov

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON

**JEFFERSON COUNTY COMMISSION;**
**PATRICIA NOLAND,** *as an individual*
*and behalf of all others similarly situated*;
**and DALE MANUEL,** *as an individual and*
*behalf of all others similarly situated*,

      Plaintiffs, and

**THORNTON COOPER,**

      Intervening Plaintiff,

v.                                                                    Civil Action No. 2:11-CV-989
                                                                      (KING, BAILEY, BERGER)

**NATALIE E. TENNANT,** *in her capacity as*
*the Secretary of State*; **EARL RAY TOMBLIN,**
*in his capacity as the Chief Executive Officer*
*of the State of West Virginia*; **JEFFREY**
**KESSLER,** *in his capacity as the Acting*
*President of the Senate of the West Virginia*
*Legislature*; **and RICHARD THOMPSON,** *in*
*his capacity as the Speaker of the House of*
*Delegates of the West Virginia Legislature*,

      Defendants.

**CERTIFICATE OF SERVICE**

      I, George E. Carenbauer, do hereby certify that on November 13, 2012, I electronically filed the forgoing **JOINT REPLY TO ORDERS ON REMAND** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following CM/ECF participants:

| | |
|---|---|
| David M. Hammer, Esq.  (WVSB 5047) | Stephen G. Skinner, Esq.  (WVSB 6725) |
| Hammer, Ferretti & Schiavoni | Skinner Law Firm |
| 408 W. King Street | PO Box 487 |
| Martinsburg, WV  25401 | Charles Town, WV  25414 |
| Phone:  304-264-8505 | Phone:  304-725-7029 |
| Fax:    304-264-8506 | Fax:    304-725-4082 |
| dhammer@hfslawyers.com | sskinner@skinnerfirm.com |
| *Counsel for Plaintiffs* | *Counsel for Plaintiffs* |

Thornton Cooper, *pro se*  (WVSB 823)
3015 Ridgeview Drive
South Charleston, WV  25303
Phone:  304.744.9616
thornbush@att.net

Thomas W. Rodd, Esq.  (WVSB 3143)
West Virginia Attorney General's Office
812 Quarrier Street, 6th Floor
Charleston, WV  25301
twr@wvago.gov
*Counsel for the Secretary of State and the Governor*

G. Kurt Dettinger (WVSB 9336)
Steptoe & Johnson, PLLC
PO Box 1588
Charleston, WV  25326
Phone:  304-353-8000
Fax:      304-353-8180
Kurt.Dettinger@steptoe-johnson.com
*Counsel for the Governor*

Ray E. Ratliff (WVSB 3022)
Chief Counsel to the
West Virginia Senate President
Building 227M-01
1900 Kanawha Boulevard, East
Charleston, WV  25305
Phone:  304-357-7801
Fax:      304-357-7839
ray.ratliff@wvsenate.gov
*Counsel for the President of the WV State Senate*

Anthony J. Majestro  (WVSB 5165)
Cynthia A. Majestro (WVSB 5092)
POWELL & MAJESTRO
405 Capitol Street, Suite P-1200
Charleston, WV  25301
Phone: 304-346-2889
Fax:      304-346-2895
amajestro@powellmajestro.com
cmajestro@powellmajestro.com
*Counsel for the Speaker of the House of Delegates of the West Virginia Legislature*

/s/ George E. Carenbauer
**George E. Carenbauer (WVSB 634)**