IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON

JEFFERSON COUNTY COMMISSION;
PATRICIA NOLAND, *as an individual
and behalf of all others similarly situated*;
and DALE MANUEL, *as an individual and
behalf of all others similarly situated*,

       Plaintiffs, and

THORNTON COOPER,

       Intervening Plaintiff,

v.                                      Civil Action No. 2:11-CV-989
                                          (KING, BAILEY, BERGER)

NATALIE E. TENNANT, *in her capacity as
the Secretary of State*; EARL RAY TOMBLIN,
*in his capacity as the Chief Executive Officer
of the State of West Virginia*; JEFFREY
KESSLER, *in his capacity as the Acting
President of the Senate of the West Virginia
Legislature*; and RICHARD THOMPSON, *in
his capacity as the Speaker of the House of
Delegates of the West Virginia Legislature*,

       Defendants.

**DEFENDANTS' RESPONSE TO ORDER ON REMAND**

1

Defendants,[1] Natalie E. Tennant, in her capacity as the Secretary of State West Virginia; Earl Ray Tomblin, in his capacity as the Chief Executive Officer of the State of West Virginia; Jeffrey Kessler, in his capacity as the President of the Senate of the West Virginia Legislature; and Richard Thompson, in his capacity as the Speaker of the House of Delegates of the West Virginia Legislature, by their respective undersigned Counsel, having conferred among themselves and with counsel for the Plaintiffs, hereby respond to the Order on Remand entered on October 5, 2012 [Doc. 83].

First, Defendants point out that jurisdiction in this Court is founded on 28 U.S.C. § 1331 (general federal question) and § 1343 (federal civil rights). Complaint at ¶ 9 [Doc. 1]. On September 25, 2012, the Supreme Court of the United States found that the federal claims of the Plaintiffs' and the Intervening Plaintiff lacked merit. [Doc. 82] The Supreme Court remanded this case for determination of claims raised by the Plaintiffs and the Intervening Plaintiff arising under the West Virginia Constitution. *Id.* at 8. Obviously, these claims do not arise under any federal law. Nor is it appropriate for this Court to exercise supplemental jurisdiction over the state law claim as "(1) the claim raises a novel or complex

---

[1]The Defendants Secretary of State Natalie E. Tennant and Governor Earl Ray Tomblin continue to regard their presence in the instant litigation as that of nominal parties whose roles with respect to the challenged redistricting legislation are purely ministerial. As previously stated, these Defendants take no position on the substantive merits of the claims advanced by the Plaintiffs. These Defendants agree with the suggestion of the other Defendants that if this Court is not inclined to dismiss the remaining state-law-based claims, that the appropriate state-law questions be certified to the West Virginia Supreme Court of Appeals

issue of State law, (2) the claim substantially predominates over the claim or claims over which the district court has original jurisdiction, [and] (3) the district court has dismissed all claims over which it has original jurisdiction." 28 U.S.C. § 1367(c). Consequently, this Court should dismiss the remaining claims to allow them to proceed in State Court.

If the Court is not inclined to dismiss the remaining claim, the Defendants agree that, after a brief opportunity for the parties to supplement the record, the Court certify a question to the Supreme Court of Appeals of West Virginia as to whether the provisions of S.B. 1008 meet the requirements of Article I, Section 4 of the Constitution of West Virginia. With respect to timing, the Defendants propose that the parties be given forty-five (45) days to file any additional supplements to the record and thereafter be given fifteen (15) days to reply to the submission of any other party.

**NATALIE E. TENNANT, in her capacity as the Secretary of State**

**By Counsel**

/s/ Thomas Rodd
Thomas W. Rodd (WVSB 3143)
West Virginia Attorney General's Office
812 Quarrier Street, 6th Floor
Charleston, WV  25301
twr@wvago.gov

**RICHARD THOMPSON, in his capacity as Speaker of the House of Delegates of the West Virginia Legislature**

**By Counsel**

/s/ Anthony J. Majestro
Anthony J. Majestro, Esq. (WVSB 5165)
POWELL & MAJESTRO
405 Capitol Street, Suite P-1200
Charleston, WV  25301
Phone: 304-346-2889
Fax:    304-346-2895
amajestro@powellmajestro.com

<div style="display: flex;">

<div>

**EARL RAY TOMBLIN, in his capacity as the Chief Executive Officer of the State of West Virginia**
**By Counsel**

/s/ Thomas Rodd
Thomas W. Rodd, Esq. (WVSB 3143)
West Virginia Attorney General's Office
812 Quarrier Street, 6th Floor
Charleston, WV  25301
twr@wvago.gov


/s/ G. Kurt Dettinger
G. Kurt Dettinger (WVSB 9336)
Steptoe & Johnson, PLLC
PO Box 1588
Charleston, WV  25326
Phone:  304-353-8000
Fax:     304-353-8180
Kurt.Dettinger@steptoe-johnson.com

</div>

<div>

**JEFFREY KESSLER, in his capacity as President of the West Virginia State Senate**
**By Counsel**

/s/ George E. Carenbauer
George E. Carenbauer (WVSB 634)
Steptoe & Johnson, PLLC
Po Box 1588
Charleston, WV  25326
Phone:  304-353-8000
Fax:     304-353-8180
George.Carenbauer@Steptoe-Johnson.Com


/s/ Ray E. Ratliff
Ray E. Ratliff (WVSB 3022)
Chief Counsel to the
West Virginia Senate President
Building 227M-01
1900 Kanawha Boulevard, East
Charleston, WV  25305
Phone:  304-357-7801
Fax:     304-357-7839
Ray.Ratliff@wvsenate.Gov

</div>

</div>

## CERTIFICATE OF SERVICE

      I, Anthony J. Majestro, do hereby certify that on December 3, 2012, I electronically filed the forgoing **DEFENDANTS' RESPONSE TO ORDER ON REMAND** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following CM/ECF participants:

| | |
|---|---|
| David M. Hammer, Esq.<br>Hammer, Ferretti & Schiavoni<br>408 W. King Street<br>Martinsburg, WV  25401<br>Phone:  304-264-8505<br>Fax:      304-264-8506<br>dhammer@hfslawyers.com<br>*Counsel for Plaintiffs* | Stephen G. Skinner, Esq.<br>Skinner Law Firm<br>PO Box 487<br>Charles Town, WV  25414<br>Phone:  304-725-7029<br>Fax:      304-725-4082<br>sskinner@skinnerfirm.com<br>*Counsel for Plaintiffs* |
| Thornton Cooper, *pro se*<br>3015 Ridgeview Drive<br>South Charleston, WV  25303<br>304-744-9616<br>thornbush@att.net | Thomas Rodd, Esq.<br>West Virginia Attorney General's Office<br>812 Quarrier Street, 6th Floor<br>Charleston, WV  25301<br>*Counsel for the Secretary of State and the Governor* |
| George E. Carenbauer (WVSB 634)<br>Steptoe & Johnson<br>PO Box 1588<br>Charleston, WV 25326<br>Phone:  304-353-8000<br>Fax:      304-353-8180<br>George.Carenbauer@steptoe-johnson.com<br>*Counsel for the President of the WV State Senate* | |

                                            /s/ Anthony J. Majestro
                                            **Anthony J. Majestro (WVSB 5165)**