IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON

JEFFERSON COUNTY COMMISSION;
PATRICIA NOLAND, as an individual
and behalf of all others similarly situated;
and DALE MANUEL, as an individual and
behalf of all others similarly situated,

    Plaintiffs, and

THORNTON COOPER,

    Intervening Plaintiff,

v.                                                                     Civil Action No. 2:11-CV-989
                                                             (KING, BAILEY, BERGER)

NATALIE E. TENNANT, in her capacity as
the Secretary of State; EARL RAY TOMBLIN,
in his capacity as the Chief Executive Officer
of the State of West Virginia; JEFFREY
KESSLER, in his capacity as the Acting
President of the Senate of the West Virginia
Legislature; and RICHARD THOMPSON, in
his capacity as the Speaker of the House of
Delegates of the West Virginia Legislature,

    Defendants.

## ORIGINAL PLAINTIFFS' REPLY TO ORDERS ON REMAND

    This Original Plaintiffs' Reply to the Court's Order on Remand of October 5, 2012 and its subsequent Order of November 7, 2012, is agreed to and submitted on behalf of all the original Plaintiffs in this case.

    1.    The action of the United States Supreme Court on September 25, 2012, in reversing this Court's Order of January 3, 2012, as amended on January 4, 2012, has lifted this Court's injunction against conducting the 2012 Congressional election under S.B. 1008,

and that election as well as the election for other national, state, and local offices was held on November 6, 2012.

2. Although it is clearly important to reach a resolution in this case, the next election scheduled under S.B. 1008 will not take place until the year 2014.

3. The original Plaintiffs believe that supplementing the record in this case will be beneficial to resolving the remaining issues in this case, and request a short period of 60 days to do so.

4. Following the supplementation of the record, the original Plaintiffs believe that it would be beneficial to the disposition of the remaining claims in this case to certify the question of whether the districts as drawn under S.B. 1008 meet the numerical equivalence and compactness requirements under the Constitution of West Virginia.

**JEFFERSON COUNTY COMMISSION;**
**PATRICIA NOLAND,** *as an individual and*
*on behalf of all others similarly situated;* **and**
**DALE MANUEL,** *as an individual and on*
*behalf of all other similarly situated*

/s/ David M. Hammer_____
David M. Hammer, Esq. (WVSB 5047)
Hammer, Ferretti & Schiavoni
408 W. King Street
Martinsburg, WV  25401
Phone: 304-264-8505
Fax:    304-264-8506
dhammer@hfslawyers.com

/s/ Stephen G. Skinner
Stephen G. Skinner, Esq. (WVSB 6725)
Skinner Law Firm
P. O. Box 487
Charles Town, WV  25414
Phone: 304-725-7029
Fax:    304-725-4082
sskinner@skinnerfirm.com

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON

**JEFFERSON COUNTY COMMISSION;**
**PATRICIA NOLAND, as an individual**
**and behalf of all others similarly situated;**
**and DALE MANUEL, as an individual and**
**behalf of all others similarly situated,**

       Plaintiffs, and

**THORNTON COOPER,**

       Intervening Plaintiff,

v.                                            Civil Action No. 2:11-CV-989
                                                    (KING, BAILEY, BERGER)

**NATALIE E. TENNANT, in her capacity as**
**the Secretary of State; EARL RAY TOMBLIN,**
**in his capacity as the Chief Executive Officer**
**of the State of West Virginia; JEFFREY**
**KESSLER, in his capacity as the Acting**
**President of the Senate of the West Virginia**
**Legislature; and RICHARD THOMPSON, in**
**his capacity as the Speaker of the House of**
**Delegates of the West Virginia Legislature,**

       Defendants.

**CERTIFICATE OF SERVICE**

       I, Stephen G. Skinner, do hereby certify that on November 30, 2012, I electronically filed the foregoing **ORIGINAL PLAINTIFF'S REPLY TO ORDERS ON REMAND** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following CM/ECF participants:

David M. Hammer, Esq. (WVSB 5047)
Hammer, Ferretti & Schiavoni
408 W. King Street
Martinsburg, WV  25401
Phone: 304-264-8505
Fax:    304-264-8506
dhammer@hfslawyers.com
*Counsel for Plaintiffs*

Thornton Cooper, *pro se* (WVSB 823)
3015 Ridgeview Drive
South Charleston, WV  25303
Phone:  304-744-9616
thornbush@att.net

Thomas W. Rodd, Esq. (WVSB 3143)
West Virginia Attorney General's Office
812 Quarrier Street, 6th Floor
Charleston, WV  25301
twr@wvago.gov
*Counsel for the Secretary of State*
*and the Governor*

G. Kurt Dettinger, Esq. (WVSB 9336)
Steptoe & Johnson, PLLC
P. O. Box 1588
Charleston, WV  25326
Phone: 304-353-8000
Fax:    304-353-8180
Kurt.Dettinger@steptoe-johnson.com
*Counsel for the Governor*

Ray E. Ratliff, Esq. (WVSB 3022)
Chief Counsel to the West Virginia
Senate President
Building 227M-01
1900 Kanawha Boulevard, East
Charleston, WV  25305
Phone: 304-357-7801
Fax:    304-357-7839
ray.ratliff@wvsenate.gov
*Counsel for the President of the*
*West Virginia State Senate*

Anthony J. Majestro, Esq. (WVSB 5165)
Cynthia A. Majestro, Esq. (WVSB 5092)
Powell & Majestro
405 Capitol Street, Suite P-1200
Charleston, WV  25301
Phone: 304-346-2889
Fax:    304-346-2895
amajestro@powellmajestro.com
cmajestro@powellmajestro.com
*Counsel for the Speaker of the House*
*of Delegates of the West Virginia*
*Legislature*

George E. Carenbauer, Esq. (WVSB 634)
Steptoe & Johnson, PLLC
P. O. Box 1588
Charleston, WV  25326
Phone: 304-353-8000
Fax:    304-353-8180
George.Carenbauer@steptoe-johnson.com
*Counsel for the President of the*
*West Virginia State Senate*

/s/ Stephen G. Skinner_____
Stephen G. Skinner (WVSB 6725)